BEFORE THE SECOND DIVISION, JUNE 23, 1964

No. 68675.—Warren Atlantic, Inc. *v.* United States, protest 61/24256 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrically operated food mixers and that the issue is similar in all material respects to that involved in *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.